UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x  Civil Action No.: CV-04-5727 (JBW) (VVP)
UNITED STATES OF AMERICA, §
 §
            Plaintiff, §
- against- §
 §
JACQUELINE C. JASTRAM §
a/k/a JACQUELINE C. LOUIS, §
 §
            Defendant. §
---------------------------------------------------------------x

## ORDER

Upon motion of the United States of America, pursuant to Rule 41(a) (2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby ORDERED, that the Complaint in this cause be and the same is hereby DISMISSED.

Signed: Brooklyn, New York
        8/30    , 2005

                                                  /Jack B. Weinstein
                                                  United States District Judge

